UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
dcgoins1@gmail.com
Attorney for the Debtor

In Re:

Maxine Christian,

Case No.: 24-16832
Chapter: 13
Adv. No.:
Hearing Date: 9 / 11 / 2024
Judge: SLM

# CERTIFICATION OF SERVICE

1. I, _____Donald C. Goins, Esq._____ :

   ☒ represent _____the debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____August 16, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Order Denying Application to Shorten Time for Motion to Extend Stay
   - Bridge Order Extending the Automatic Stay as to all creditors
   - Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 16, 2024

/s/ Doanld C. Goins, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Bank (LoanCare)<br>c/o Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Secured Creditor with 1st mtg | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank<br>c/o Matthew K. Fissel, Esq.<br>Brock & Scott PLLC<br>302 Fellowship Road, Suite 130<br>Mt Laurel Township, NJ 08054 | Attorney for Secured Creditor with 2nd mtg | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Home Equity Group<br>Collections Foreclosure Dept.<br>P.O. Box 2248<br>Jacksonville, FL 32203 | Secured Creditor with 2nd mortgage on 36 Concord Lane | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Department of Treasury PO Box 7346, Philadelphia, PA 19101-7346 | Priority Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ashley Fund Services, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Calvary SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Overlook Hospital<br>c/o Certified Solutions<br>PO Box 1750<br>Whitehouse Station, NJ 08889 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon<br>c/o American InfoSource<br>4515 N. Santa Fe Avenue,<br>Oklahoma City, OK 73118 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Maxine Christian<br>36 Concord Lane<br>Union, NJ 07083 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*