| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**DONALD C. GOINS, ESQ. (DCG1005)**<br>**GOINS & GOINS, LLC**<br>**323 Washington Avenue**<br>**Elizabeth, NJ 07202**<br>**Phone: (908) 351-1984**<br>**dcgoins1@gmail.com**<br>**Attorney for the Debtor** | Order Filed on August 16, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Maxine Christian, | Case No.:   24-16832<br><br>Chapter  :   13<br><br>Judge:       Stacey L. Meisel |

## SECOND BRIDGE ORDER CONTINUING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 16, 2024**

**DATED: August 16, 2024**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Maxine Christian |
| Case No.: | 24-16832 |
| Caption of Order: | Second Bridge Order Continuing the Stay as to All Creditors |

**THIS MATTER** having been brought before the Court by Maxine Christian, by and through Counsel, Donald C. Goins Esq., by a Motion to Extend the Automatic Stay, ("**Motion**") [Document 5], seeking an order from the Court continuing the automatic stay as to all creditors; having been adjourned to September 11, 2024, at 10:00 A.M. (the "**Hearing Date**");

It is hereby

ORDERED that pending the consideration of the Motion on the Hearing Date, the automatic stay shall continue in force and effect as to all creditors.