| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**DONALD C. GOINS, ESQ. (DCG1005)**<br>**GOINS & GOINS, LLC**<br>**323 Washington Avenue**<br>**Elizabeth, NJ 07202**<br>**Phone: (908) 351-1984**<br>**dcgoins1@gmail.com**<br>**Attorney for the Debtor** | Order Filed on August 16, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Maxine Christian, | Case No.:  24-16832<br><br>Chapter  :  13<br><br>Judge:  Stacey L. Meisel |

**SECOND BRIDGE ORDER CONTINUING THE AUTOMATIC STAY
AS TO ALL CREDITORS**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 16, 2024**

**DATED: August 16, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2

Debtor:            Maxine Christian
Case No.:          24-16832
Caption of Order:  Second Bridge Order Continuing the Stay as to All Creditors

**THIS MATTER** having been brought before the Court by Maxine Christian, by and through Counsel, Donald C. Goins Esq., by a Motion to Extend the Automatic Stay, ("**Motion**") [Document 5], seeking an order from the Court continuing the automatic stay as to all creditors; having been adjourned to September 11, 2024, at 10:00 A.M. (the "**Hearing Date**");

It is hereby

ORDERED that pending the consideration of the Motion on the Hearing Date, the automatic stay shall continue in force and effect as to all creditors.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 24-16832-SLM
Maxine Christian                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 2
Date Rcvd: Aug 16, 2024            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maxine Christian, 36 Concord Lane, Union, NJ 07083-4220 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:**

**Name**               **Email Address**
Denise E. Carlon
     on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald C. Goins
     on behalf of Debtor Maxine Christian dcgoins1@gmail.com g25787@notify.cincompass.com;goins.donaldc.b129630@notify.bestcase.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Matthew K. Fissel
     on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2      User: admin      Page 2 of 2
Date Rcvd: Aug 16, 2024      Form ID: pdf903      Total Noticed: 1
TOTAL: 5