**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

MAXINE CHRISTIAN



**Order Filed on September 26, 2024**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  24-16832SLM**

**Hearing Date:  9/25/2024**

**Judge:  STACEY L. MEISEL**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: September 26, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  24-16832SLM

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 09/25/2024 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that debtor must make a payment of $6,714.00 & same must be received and posted by the Trustee by 10/9/2024 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further
- ORDERED, that if the Debtor provides the above requested information, the Confirmation Hearing will be adjourned to 10/23/2024 at 8:30 am.